IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**HUMBERTY JESUS CARRILLO GARCIA**, a.k.a. "humberthycarrillo," "Humbert.Pueta.Gon," "Humbert Josef Ponce de Leon," and "AbnerRosas35974,"<br><br>Defendant. | INDICTMENT<br><br>Criminal No. 26- 302 (SCC)<br><br>VIOLATIONS:<br>18 U.S.C. § 875(c)<br><br>FIVE COUNTS |

THE GRAND JURY CHARGES:

## GENERAL ALLEGATIONS

1.      At all times material, TikTok was a free-access social networking service operated by TikTok USDS Joint Venture LLC, a company headquartered in Culver City, California. TikTok is accessible through its website and its mobile application. Each TikTok account has a profile page where users can share content including photos and videos. These posts can be viewed either by the general public or only the user's followers, depending on privacy settings.  Users can interact with posts by liking them, adding or replying to comments, or sharing them within or outside of TikTok. TikTok also allows users to broadcast live video from their profiles. TikTok's messaging service allows users to send private messages to select individuals or groups.  It also allows users to "tag," or link to publicly, other accounts in posts.

2.      At all times material, X (previously Twitter) was a free-access social networking service operated by X Corp., a company headquartered in Bastrop, Texas. X is accessible through its website and its mobile application. X users can use their accounts to share communications, news, photographs, videos, and other information with other X users, and with the general public.

1

It also allows users to "tag," or link to publicly, other accounts in posts. Users can publish text posts, upload videos, host live audio discussions via X Spaces, and subscribe to premium features like Grok AI integration and revenue-sharing options. X users can communicate with other users in direct messaging via text, voice, video.

3.    At all times material, HUMBERTY JESUS CARRILLO GARCIA resided and was in the District of Puerto Rico.

4.    At all times material, X, TikTok, and Motorola Android phones were means and instrumentalities of interstate and foreign commerce.

## COUNTS ONE TO FIVE
### Threatening Interstate Communications
### (18 U.S.C. § 875(c))

The allegations contained in paragraphs one through four above are incorporated by reference as if fully alleged herein.

Beginning no later than March 3, 2026, and continuing until on or about June 27, 2026, in the District of Puerto Rico, the defendant,

HUMBERTY JESUS CARRILLO GARCIA,

knowingly and willfully transmitted in interstate and foreign commerce from the Commonwealth of Puerto Rico to other locations, communications containing threats to injure the person of another. All in violation of 18 U.S.C. § 875(c).

| Count | Date | Communication Method | Recipient | Threat |
|---|---|---|---|---|
| 1 | On or about March 3, 2026 | X account @humbertyC, "Humbert Josef Ponce de Leon" | X users | *The Defendant posted publicly on X pictures of himself holding a knife and stating that he would use it to tear apart American soldiers and Jews, as well as another picture of himself with a machete.* |
| 2 | On or about May 17, 2026 | TikTok account Humbert.pueta.gon | TikTok users | *The Defendant posted a public video in which he says that arms must be taken up against the United States, and he calls on the listener to shoot at North American soldiers, hit and stab Jews, burn "gringo" businesses, and to burn Jewish synagogues and Judeo Cristian churches including Jehovah's Witnesses and Pentecostal churches.* |
| 3 | On or about May 20, 2026 | TikTok account Humbert.pueta.gon | TikTok users | *The Defendant posted a public video in which he says that police and CIA agents must be killed.* |
| 4 | On or about June 12, 2026 | TikTok account Humbert.pueta.gon | TikTok users | *The Defendant posted a public video in which he states that various locations must be bombed, including the White House, Fort Buchannan, Camp Santiago, First Bank, Oriental Bank, Banco Popular, and the United States Post Office.* |
| 5 | On or about June 27, 2026 | TikTok account Humbert.pueta.gon | TikTok users | *The Defendant posted public videos in which he states and demonstrates with a knife and stick that "yankees" and "gringos" should be cut and beat to death, and he also states* |

| | | | | that *Police of Puerto Rico must be killed.* |
|---|---|---|---|---|

Each count listed above constitutes a separate and distinct violation of 18 U.S.C. § 875(c).

TRUE BILL,

FOREPERSON

Date: 16-VII-2024

Héctor E. Ramírez-Carbó Acting
United States Attorney

Jeanette M. Collazo-Ortiz
Assistant U.S. Attorney
Chief, Violent Crimes and National Security Unit

R. Vance Eaton
Assistant U.S. Attorney
Violent Crimes and National Security Unit

4